# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Jay V. Willard, | ) | C/A NO.: 3:18-cv-01107-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT** |
| | ) | **STIPULATION OF DISMISSAL** |
| Nationwide Agribusiness Insurance Company, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and with the consent of the Defendants, Plaintiff agrees to dismiss with prejudice each and every claim against all defendants.

Further, Plaintiff agrees that all claims alleged in the above-captioned civil action, or arising from the same incident or occurrence, shall henceforth be barred forever.

The parties agree to bear their own respective costs.

For cause shown, all claims against all Defendants are DISMISSED WITH PREJUDICE.

Respectfully submitted,

[Consent signatures on following page]

**WE CONSENT:**

| LAW OFFICES OF WILLIAM H. JOHNSON, LLC | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| **S/** *William H. Johnson* | **S/** *Greg Horton* |
| William H. Johnson, Esquire<br>william@whjohnsonlaw.com<br>411 North Brooks Street<br>P.O. Box 137<br>Manning, South Carolina 29102<br>Ph.: (803) 435-0909; Fax.: 435-2858<br><br>*Attorneys for the Plaintiff* | Greg Horton (Fed. Bar # 7103)<br>Greg.Horton@wbd-us.com<br>R. Andrew Walden (Fed. Bar # 11845)<br>Andrew.Walden@wbd-us.com<br>P.O. Box 999<br>[5 Exchange Street, 29401 2530]<br>Charleston, South Carolina 29402-0999<br>Ph.: (843) 722-3400; Fax.: 723-7398<br><br>*Attorneys for Defendant Nationwide Agribusiness Insurance Company* |

Consent Date: 6/22/2018